**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed November 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00527-CV

**KENYETTA HARDY, INDIVIDUALLY, AND AS ANTICIPATED REPRESENTATIVE OF THE ESTATE OF TOBIAS JOHNSON, DECEASED, Appellant**

**V.**

**RECORDS LABEL, LLC; NO STRESS ENTERTAINMENT, LLC; STAYVE JEROME THOMAS; BOSS HOGG OUTLAWZ MANAGEMENT, L.L.C.; BARRON STUDIOS; 713 MEDIA GROUP, LLC; WESLEY ERIC WESTON, JR.; WIRE ROAD STUDIOS, LLC; SUGAR HILL STUDIOS, LLC; SONY MUSIC ENTERTAINMENT; AND MARSHALL ERIK SUDDERTH, Appellees**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-27909**

## MEMORANDUM OPINION

This is an appeal from an order signed August 25, 2021 dismissing claims pursuant to Texas Rule of Civil Procedure 91a. On October 5, 2021, appellant filed

a motion to withdraw the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.